*Fancher Nicoll, William H. Harris, Charles L. Woody* and *George D. Yeomans* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.

––––––––––

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES G. COLLINS, Respondent, *v.* GEORGE MCANENY, as President of the Borough of Manhattan, City of New York, Defendant, and ELIZABETH F. SCANNELL, as Executrix of GEORGE F. SCANNELL, Deceased, Appellant.

*People ex rel. Collins* v. *McAneny*, 155 App. Div. 923, affirmed.
(Submitted June 3, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, which modified, and affirmed as modified, an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of the relator in the position of superintendent of highways of the borough of Manhattan.

*George Gordon Battle, Roger B. Wood* and *Albert Blogg Unger* for appellant.

*John W. Browne, Herbert C. Smyth* and *Frederic C. Scofield* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.